IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MICHAEL C. CALHOUN, )
)
    Plaintiff, )
) No. CIV 05-394-TUC-CKJ (BPV)
vs. )
) **ORDER**
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

    On February 3, 2006, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation [Doc. # 11] in which he recommended Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. # 3] be granted. No objections to the Report and Recommendation have been filed.

    After an independent review, IT IS ORDERED:

    1.    The Report and Recommendation [Doc. # 11] is ADOPTED;

    2.    Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. # 3] is GRANTED;

    3.    This matter is DISMISSED WITH PREJUDICE;

    4.    The Clerk of the Court shall enter judgment and shall then close its file in this matter.

    DATED this 6th day of March, 2006.

                                                 Cindy K. Jorgenson
                                                 United States District Judge